United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 2, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-11295
Summary Calendar
_____

TERRENCE GORE,

                                        Plaintiff-Appellant,

versus

EXPERIAN INFORMATION SOLUTIONS, INC.

                                        Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:03-CV-2949
--------------------

Before GARZA, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM:*

     Terrence Gore (hereinafter "Gore"), a college student, small

business owner, and frequent pro se and informa pauperis

litigant, brought this suit in Texas state court as one of a

series of cases against Experian Information Solutions, Inc.

(hereinafter "Experian") seeking to suppress reporting of his

poor credit history and damages resulting therefrom. Experian

removed the case to federal court. Gore moved to remand the case

to state court but Judge Barefoot Sanders denied the motion to

--------------------

     * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

remand. Both parties filed motions for summary judgment and in September 2004, Judge Sanders denied Plaintiff's motion for summary judgment and granted summary judgment to Experian on all counts. Gore appeals to this court.

We have carefully reviewed the briefs, the reply brief, the record excerpt and relevant portions of the record itself. For the reasons stated by Judge Sanders in each of the Memorandum and Orders as to which Gore sought appellate review in this appeal, we affirm the rulings of Judge Sanders therein and we affirm the final judgment entered by Judge Sanders on September 7, 2004.

AFFIRMED.